UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE ESCO EMPLOYEE SAVINGS INVESTMENT PLAN, | ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:19CV077 HEA ) |
| AIMEE WALSH, et al., | ) ) |
| Defendant. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the court relating to defendant Kerry Johnson Walsh's Motion to Set Aside the Clerk's Entry of Default (Doc. #22). Defendants Rachel Verdugo, Aimee Walsh, and Erin Walsh have file a Memorandum in Opposition (Doc. #23). Movant has filed a Reply (Doc. #24).

The court having considered the papers filed on behalf of the interested parties finds that

Movant's delay in appearing and defending is a result of confusion and inexperience likely heightened by the recent passing of her spouse. Second, Movant argues meritorious defenses. Lastly, Co-Defendants will not be prejudiced. Good cause therefore exists and the Motion to Set Aside Clerk's Entry of Default will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Motion to Set Aside Clerk's Entry of Default (Doc. # 22) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk's Entry of Default  (Doc. #18)  be Set Aside.

Dated this 24th day of June,  2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE